*signed* Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 10/12/2017



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                        CASE NO. 16-06048-RM3-13
ALLAN TROY STONE
JAMIE NANETTE STONE
130 SAVANNAH RIDGE
MURFREESBORO, TN  37127
SSN XXX-XX-8107         SSN XXX-XX-2410

**ORDER AND NOTICE TO MODIFY CHAPTER 13 PLAN TO MODIFY CONTINUING PAYMENT**

**PURSUANT TO PARAGRAPH 4(d)(iii) OF CONFIRMATION ORDER**

It appearing to the Court that the Order confirming the Debtors chapter 13 plan provides for the maintenance and cure of a long term payment pursuant to section 1322(b)(5) and that the plan specifically authorizes the court to alter the maintenance payments based upon the notice by the trustee that the underlying contract authorizes such modification without the necessity of hearing,

It further appears that, by submission of this order the Trustee has submitted such notice, it is therefore

ORDERED that the Debtors plan be amended as follows:

Direct debtor 1 to increase from **$1,170.00** BI-WEEKLY to **$1,207.00** BI-WEEKLY

The continuing **mortgage** payment made to **MICHIGAN MUTUAL INC** shall increase from **$1,494.56 to $1,574.35** beginning with the **11/17** disbursement.

The base shall **increase from $154,423.29 to $158,255.**

PLEASE TAKE NOTE: The entry of this order could impact the below listed creditors in that the resulting modification may cause the continuing payments to be brought current (payments between the commencement date noted in paragraph 2, above and the date of approval) before distribution can be effected to other secured creditors. Impacted creditors may be:

**SAVANNAH RIDGE HOMEOWNERS ASSOC** at **$20.84** per month.

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

NOTICE TO:
ALLAN TROY STONE  & JAMIE NANETTE STONE   130 SAVANNAH RIDGE, MURFREESBORO, TN  37127
LONG BURNETT AND JOHNSON PLLC  302 42ND AVE NO, NASHVILLE, TN  37209

MICHIGAN MUTUAL INC 1 CORPORATE DRIVE STE 360, LAKE ZURICH, IL  60047

BROCK AND SCOTT  3173 KIRBY WHITTEN ROAD SUITE 102,  BARTLETT, TN  38314

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

**AFFECTED CREDITORS**
SAVANNAH RIDGE HOMEOWNERS ASSOC